GEORGE R. TOOKER ET UX. *vs.* ROBERT JOSELOVSKY.

*First Judicial District.

Submitted on briefs May 2d—decided June 1st, 1923.

ACTION to recover damages for alleged false representations by the defendant as to the location of the boundary line of land sold and conveyed by him to the plaintiffs, brought to and tried by the Court of Common Pleas in Fairfield County, *Booth, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiffs. *No error.*

*William A. Griffin,* for the appellants (plaintiffs).

*John T. Dwyer,* for the appellee (defendant).

PER CURIAM. No question of law is involved in this appeal as the record now stands.

There is no error.